## W. D. JOHNSON v. J. H. WACHOB.
### 4 Div. 708.

Supreme Court of Alabama.
Nov. 7, 1933.

PER CURIAM.
Appeal dismissed by appellant.

---

148 So. 913

## Frank JONES v. Green ETHEREDGE.
### 8 Div. 224.

Supreme Court of Alabama.
May 18, 1933.

E. W. Godbey, of Decatur, for appellant.

Wm. L. Chenault, of Russellville, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

---

148 So. 913

## Mrs. A. K. LANEY v. Jones B. LANEY.
### 6 Div. 375.

Supreme Court of Alabama.
June 1, 1933.

Fletcher Lord, of Birmingham, for appellant.

W. Emmett Perry, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

---

148 So. 913

## Edward C., alias Jack, LARSON v. STATE.
### 6 Div. 366.

Supreme Court of Alabama.
June 1, 1933.

PER CURIAM.
Appeal dismissed.

---

148 So. 913

## Joseph R. McDAVID v. STATE SAVINGS & LOAN CO.
### 6 Div. 335.

Supreme Court of Alabama.
May 25, 1933.

Smyer, Smyer & Bainbridge, of Birmingham, for appellant.

Basil A. Wood, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.